No. 692. GUERLAIN, INC., v. UNITED STATES;

No. 751. PARFUMS CORDAY, INC., v. UNITED STATES; and

No. 752. LANVIN PARFUMS, INC., v. UNITED STATES. Appeals from the United States District Court for the Southern District of New York. (Probable jurisdiction noted, No. 692, 355 U. S. 937; Nos. 751 and 752, 355 U. S. 951.) The motion for leave to file brief of the Webster Motor Car Company, as *amicus curiae*, is denied.

No. 834. GINSBURG v. STERN ET AL., 356 U. S. 932. The motion to remand is denied.

No. 157. CIUCCI v. ILLINOIS, 356 U. S. 571. Petition for rehearing or modification of opinion and judgment denied.

No. 461, Misc. MARTINEZ v. SOUTHERN UTE TRIBE OF THE SOUTHERN UTE RESERVATION ET AL., 356 U. S. 960. Petition for rehearing and motion for leave to amend complaint denied.

No. 768, Misc. GENERAL HOUSES, INC., v. BRUCH-HAUSEN, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus or, in the alternative, for writ of prohibition or certiorari, denied. *Horace A. Young* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for Floete, Administrator of General Services, and *Thomas J. McFadden* for the Marloch Manufacturing Corporation et al.

No. 813, Misc. DELTENRE v. TINSLEY, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.